No. 78–1127. BRADFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1179. GRANT ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1206. LATSHAW v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78–1213. PARIS v. COOPER ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 78–1221. DANIELS v. KIESER. C. A. 7th Cir. Certiorari denied.

No. 78–1222. WESTERN COMMUNICATIONS, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1275. RINN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–1278. JOHN v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 78–1284. BUB DAVIS PACKING CO., INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1288. HIGGINS ET AL. v. MARSHALL, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–1308. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 5th Cir. Certiorari denied.